| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| SHERRENE COOK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:18-CV-316 |
| | § | |
| J. C. PENNEY CORPORATION, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND VACATING ENTRY OF DEFAULT

In accordance with 28 U.S.C. § 636(b), the Local Rules for the United States District Court for the Eastern District of Texas, the District Court referred this matter to the undersigned United States Magistrate Judge for entry of recommended disposition. On March 22, 2019, Judge Giblin entered his report and recommendation (#38) recommending that the District Court grant the parties' *Joint Motion to Vacate Clerk's Entry of Default*. (#29). To date, the parties have not filed objections to the report. Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court conducted a *de novo* review of the magistrate judge's report and the record in this cause. The Court agrees with the Magistrate Judge's findings and conclusions and adopts Judge Giblin's report as the findings and conclusions of the Court.

The Court therefore **ORDERS** that Judge Giblin's Report and Recommendation (#38) is **ADOPTED** and the joint motion to vacate the entry of default (# 29) is **GRANTED**.

SIGNED at Beaumont, Texas, this 30th day of May, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE