| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

SHERRENE COOK, §
 §
　　　　Plaintiff, §
 §
*versus* § CIVIL ACTION NO. 1:18-CV-316
 §
J. C. PENNEY CORPORATION, INC., §
 §
　　　　Defendants. §

### MEMORANDUM AND ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Sherrene Cook, proceeding *pro se*, brought this lawsuit pursuant to ERISA claims. The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge issued a Report and Recommendation in which she recommended that the court dismiss this case with prejudice because Plaintiff's claims herein have been discharged in bankruptcy.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. To date, the parties have not filed objections to the report.

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendation.

SIGNED at Beaumont, Texas, this 3rd day of March, 2022.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE